772

CORUS STAAL BV and Corus Steel USA Inc., Plaintiffs–Appellants,

and

ISCOR Limited, Shanghai Baosteel Group Corporation, Siderar, Saic, Benxi Iron & Steel Company, Ltd., and Anshan Iron & Steel Company, Ltd., Plaintiffs,

v.

United States International Trade Commission, Defendant–Appellee,

and

United States Steel Corporation, Defendant–Appellee,

and

Bethlehem Steel Corporation, National Steel Corporation, Gallatin Steel Company, Ipsco Steel Inc., Nucor Corporation, and Steel Dynamics, Inc., Defendants.

No. 03–1403.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2004.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

AERATION SOLUTIONS, INC., Plaintiff–Appellant.

v.

Daniel H. DICKMAN and Ted K. Vollmer, Defendants–Appellees.

No. 03–1284.

United States Court of Appeals, Federal Circuit.

Decided Jan. 15, 2004.

Rehearing Denied Feb. 10, 2004.

